IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: **NEIL LOUIS OBERHOLTZ, JR.** **CINDY LEE OBERHOLTZ** | ) ) ) ) | Chapter 13 Case No.: 05-50615 Judge: Shea-Stonum |
| Debtor(s). | ) ) | **AMENDED SCHEDULE A** **(to include legal description)** |

_____

Now come debtor's and amend their previously filed Schedule A to include the legal description to the real estate, known as 1841 Highview Ave., Akron, Ohio, to wit:

> **Located in the City of Akron, County of Summit, and State of Ohio and being known as: Lots number 33 and 34 S in the South Park Plats as recorded in the Summit County Records Parcel No 6845911.**

Respectfully Submitted,

/s/**Donald P. Mitchell, Jr.**
Donald P. Mitchell, Jr. #0016178
Attorney for Debtors
3766 Fishcreek Rd., #267
Stow, OH 44224
330-297-7788
bankruptcyfiles@wmconnect.com

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the above was sent by ordinary U.S. Mail, unless indicated otherwise this 17th day of March 2005 to the following parties:

Office of the U.S. Trustee (via ECF)
Chapter 13 Trustee (via ECF)

/s/ Donald P. Mitchell, Jr.
Donald P. Mitchell, Jr.